**From:** SaVonne Anderson <sanderson@mashable.com>
**Subject: Re: Mashable Article Photo Use Permission**
**Date:** March 11, 2016 at 10:27:14 AM EST
**To:** Stephanie Sinclair <stephanie@stephaniesinclair.com>

Hi Stephanie,

Yes you are featured as one of the women photographers. And you will be compensated at $50 per picture. Let me know if these terms work for you.

Thank you.


SaVonne Anderson
Social Good | Mashable.com
862 588 1471

On Fri, Mar 11, 2016 at 10:12 AM, Stephanie Sinclair <stephanie@stephaniesinclair.com> wrote:
Hi SaVonne,

Nice to meet you. Am I featured as one of the women photographers? And do you have a budget at all for licensing?

Best,
Stephanie

On Mar 11, 2016, at 9:54 AM, SaVonne Anderson wrote:


Hi Stephanie,

I am SaVonne, Mashable's Social Good Intern. I'd like to ask for your permission to republish the photo on your website as part of a one-time use arrangement for an article about Women Photojournalists focused on social justice that will be posted on Mashable.com. **When promoting our content on social media, we often post photo content on these social media sites: Google+, Pinterest and Facebook. Please specify if you do not want your content to appear on these sites. If not, we will make sure they only appear as part of the post.**

SaVonne Anderson
Social Good | Mashable.com
862 588 1471