Mashable    Share on Facebook    Share on Twitter

Krantz's work is also characterized by her ability to tell a story authentically, without being necessarily sad. Her series *By His Side*, for example, documents the recovery of a triple amputee veteran. The photos show his story as one of perseverance and joy, rather than one of tragedy.

## 9. Stephanie Sinclair



Stephanie Sinclair is a photojournalist for *National Geographic* and the founder of the nonprofit *Too Young To Wed*, which aims to protect girls' rights and end child marriage.'

She documents sensitive human rights topics internationally, with a focus on gender issues.

> Sinclair's photos have brought more attention, and action, to the issues women face.

Some of Sinclair's most frequent subjects are child marriage and self-immolation. Her photos have been successful in bringing more attention and, more importantly action, to the issues women face in more underdeveloped countries with problematic traditions.

## 10. Malin Fezehai

