

21st Floor
1251 Avenue of the Americas
New York, NY 10020

**Lacy H. Koonce, III**
(212) 603-6467 tel
(212) 489-8340 fax

lancekoonce@dwt.com

June 27, 2018

**VIA ECF**

The Honorable Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan U.S. Couyrthouse
Courtroom 24B
500 Pearl Street
New York, NY 10007

      Re:    *Sinclair v. Ziff Davis, LLC and Mashable, Inc.* (Civ. Action No. 1:18-cv-00790)

Dear Judge Batts:

      We represent Defendants in the above-referenced matter, and write to respectfully request an adjournment of Defendants' time to file their Reply in support of their Motion to Dismiss Plaintiff's Second Amended Complaint, filed on May 2, 2018. The current deadline for Defendants' Reply is June 29, 2018.

      We request a 30-day extension, which would adjourn Defendants' deadline to July 30, 2018. Defendants have not requested any previous extensions. Plaintiff's counsel, James Bartolomei has kindly consented to this request.

      We thank the Court for its consideration of this request.

      Respectfully,

      Davis Wright Tremaine LLP

      Lacy H. Koonce, III

cc:    James Bartolomei (via ECF)
        Bryan Hoben (via ECF)
        James Rosenfeld (via ECF)
        George Wukoson (via ECF)