Attorneys:
Phillip J. Duncan*
James H. Bartolomei III***
Richard L. Quintus**
Wm. Rob Pointer*
Timothy P. Reed*
J. Reid Byrd*

*Licensed in AR
**Licensed in AR & FL
***Licensed in AR, CA, NY, FL, CT, & DC

Case Manager:
Wayne Duncan

809 West Third Street
Little Rock, AR 72201

Phone: 501-228-7600
Toll Free: 877-6-DUNCAN
Fax: 501-228-0415

www.DuncanFirm.com



May 13, 2020

**VIA ECF**

The Honorable Kimba Woods
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 26A
New York, New York 10007

Re: *Sinclair v. Ziff Davis, LLC and Mashable, Inc.* (Civ. Action No. 1:18-cv-00790)

Dear Judge Woods:

    I represent Plaintiff Stephanie Sinclair in the above-referenced matter. Today, I met and conferred via phone and email with counsel for Defendants regarding oral arguments and whether a notice of appeal is required to be timely per FRAP(a)(4)(A)(vi). Defendants concur and agree that Plaintiff's pending motion for reconsideration (ECF No. 32) extends the time to file an appeal and runs for all parties from the entry of the order disposing of the last such remaining motion (ECF No. 32).

    Also, Plaintiff respectfully requests oral argument be scheduled related to the motion for reconsideration (ECF No. 32). Defendants join Plaintiff in her request.

    Thank you for Your Honor's consideration.

                                  Sincerely,

                                    /s/ James Bartolomei

                                  James Bartolomei, Esq.

cc:    James Rosenfeld (via ECF), Attorney for Defendants
        Amanda Levine (via ECF), Attorney for Defendants
        George Wukoson (via ECF), Attorney for Defendants
        Bryan Hoben (via ECF), Attorney for Plaintiff