Attorneys:
Phillip J. Duncan*
James H. Bartolomei III***
Richard L. Quintus**
Wm. Rob Pointer*
Timothy P. Reed*
J. Reid Byrd*

*Licensed in AR
**Licensed in AR & FL
***Licensed in AR, CA, NY, FL, CT, & DC

Case Manager:
Wayne Duncan



DUNCAN FIRM P.A.

809 West Third Street
Little Rock, AR 72201

Phone: 501-228-7600
Toll Free: 877-6-DUNCAN
Fax: 501-228-0415

www.DuncanFirm.com

June 2, 2020

**VIA ECF and US Mail**

The Honorable Kimba Wood
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 26A
New York, New York 10007

Re: *Sinclair v. Ziff Davis, LLC and Mashable, Inc.* (Civ. Action No. 1:18-cv-00790)

Dear Judge Wood:

      I represent Plaintiff Stephanie Sinclair in the above-referenced case. Yesterday, June 1, 2020 in the Southern District of New York, Judge Katherine Polk Failla issued an order denying in part and granting in part Defendant's motion to dismiss in *McGucken v. Newsweek, LLC*, No. 19 Civ. 9617 (KPF), 2020 (hereinafter, the "*McGucken* Order"). The *McGucken* case has substantially similar issues of law and fact as *Sinclair v. Ziff Davis, LLC and Mashable, Inc.* As such, Plaintiff respectfully requests that the Court take notice of the *McGucken* Order as recent authority that may be applicable to her case, and attaches the Order as exhibit "A" to this letter.

      Thank you for Your Honor's time and consideration.

                                    Sincerely,
                                    /s/ James Bartolomei
                                    James Bartolomei, Esq.

cc: James Rosenfeld (via ECF), Attorney for Defendants
Amanda Levine (via ECF), Attorney for Defendants
George Wukoson (via ECF), Attorney for Defendants
Bryan Hoben (via ECF), Attorney for Plaintiff

# EXHIBIT "A"