```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 25, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
STEPHANIE SINCLAIR,

                Plaintiff,

    -against-

ZIFF DAVIS, LLC, and MASHABLE, INC.,

                Defendants.
---------------------------------------------------------X

18-CV-790 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      By July 27, 2020, the parties shall submit a proposed Scheduling Order and Discovery Plan using the templates found on the Court's website and in conformity with the Court's Individual Rule and Practices and all applicable Federal Rules of Civil Procedure.[1]

      SO ORDERED.

Dated: New York, New York
       June 25, 2020

                                            /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                       United States District Judge

---

[1] Fillable PDF versions of the Scheduling Order and Discovery Plan templates are available on the Court's website at http://nysd.uscourts.gov/hon-kimba-m-wood.