UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE SINCLAIR, | |
| Plaintiff, | 18-CV-790 (KMW) (BCM) |
| -against- | **ORDER** |
| MASHABLE INC., et al., | |
| Defendants. | |

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:_____         │
│ DATE FILED:_10/29/20____     │
└─────────────────────────────┘
```

**BARBARA MOSES, United States Magistrate Judge.**

　　The Court has received and reviewed plaintiff's letter-motion dated October 27, 2020 (Dkt. No. 59), seeking a discovery conference regarding certain asserted deficiencies in defendant Mashable Inc.'s discovery responses and objections. Defendant Mashable Inc. may respond no later than **October 30, 2020**. If defendant responds, plaintiff may file a reply no later than **November 4, 2020**.

　　It is hereby ORDERED that the Court will conduct a telephonic discovery conference as to the issues described in plaintiff's October 27 letter-motion on **November 12, 2020, at 11:00 a.m.** At that time, the parties shall call (888) 557-8511 and enter the access code 7746387.

Dated: New York, New York
　　　　October 29, 2020

　　　　　　　　　　　　　　**SO ORDERED**.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　**BARBARA MOSES**
　　　　　　　　　　　　　　**United States Magistrate Judge**