# EXHIBIT 1

**Janney & Janney Attorney Service, Inc.**
WITNESS FEE ADVANCE ACCOUNT
1545 Wilshire Blvd., STE 311
Los Angeles, CA 90017
(213) 628-6338



BANK OF THE WEST

LA HABRA OFFICE
1330 S. BEACH BLVD., STE A
LA HABRA, CA 90631
1-800-486-2265

No. 274057

90-4284/1222

DATE 09/10/2020

PAY TO THE ORDER OF __Facebook INC__  $ **40.00**

__fourty and 00/100__ DOLLARS

Case # 1:18cv00790
Client # JS107303
Order # 3830129
Document: Subpoena

CHECK NOT TO EXCEED $1,000.00
(NOT VALID 90 DAYS AFTER DATE)

SIGNATURE
Danielle Crosby
PRINTED NAME

⑆274057⑆ ⑈122242843⑈ 657027611⑆

EXHIBIT "A" of Notice of Intent

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| STEPHANIE SINCLAIR<br>*Plaintiff*<br>v.<br>MASHABLE, INC.<br>*Defendant* | Civil Action No.  1:18-CV-00790 (KMW) |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Facebook, Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See attached areas of testimony sought in exhibit "1"

| Place: Online video conference (Zoom or similar) | Date and Time:<br>10/15/2020 9:30 am PST |
|---|---|

The deposition will be recorded by this method:  online video conference technology

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Any non-privileged, relevant documents or information that might substantiate or support deponent's testimony in any way.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  09/01/2020

| *CLERK OF COURT* | |
|---|---|
| | OR |
| | /s/ James H. Bartolomei Esq. |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* PLAINTIFF STEPHANIE SINCLAIR                                  , who issues or requests this subpoena, are:

James Bartolomei, Esq., Duncan Firm, 809 W. 3rd St., Little Rock, AR 72201, (501) 228-7600, james@duncanfirm.com; Bryan Hoben, Esq., Hoben Law, 1112 Main St., Peekskill, NY 10566, (347) 855-4008, bryan@hobenlaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

9/10/2020

## EXHIBIT "1"

**Substance of Deposed Testimony Regarding Civil Action 1:18-CV-00790 (KMW)**

1. <u>Testimony</u>. Testimony regarding Facebook, Inc.'s ("Facebook") wholly owned and/or controlled entity, Instagram, LLC ("Instagram") for the followed areas of inquiry:

    a. Instagram's "Terms of Use" in March 2016 and its application to Instagram's users;

    b. Instagram's "Platform Policy" in March 2016 for users of Instagram's API embedding tool or technology;

    c. Instagram's "Platform Policy" in March 2016;

    d. Instagram's "Terms of Use" in March 2016;

    e. Instagram's API embedding technology or tool that, through computer programming code, causes a user's content such as a photo to be displayed, transmitted, reproduced, framed, embedded, linked, inline linked, distributed, or otherwise used from an Instagram user's account so as to appear, display or show on a third party web site such as Mashable.com;

    f. Any communications or documents related to the case filed by Stephanie Sinclair versus Mashable, Inc., Case 1:18-CV-00790 (KMW), filed in the United States District Court for the Southern District of New York. This includes statements made to the media, the parties of that case or other person.

    g. Instagram's "Terms of Use" related to granting a license from a user to Instagram

    h. Instagram's "Terms of Use" or "Platform Policy" related to the process for granting Instagram API users a sub-license to content posted by Instagram users, as well as any training, guidelines or processes related to such.

i. Instagram's policy or position that Instagram does not automatically grant a license or sub license for embedded photos or videos using the Instagram API.

j. Instagram's platform policies requiring third parties to have the necessary rights from applicable rights holders, including ensuring those third parties have a license to share photos and/or videos;

k. Instagram's policies or procedures for disputes regarding API user violations of Instagram's Platform Policy, including uses of Instagram's API code to display, transmit, reproduce frame, embed, link, inline like, distribute, or otherwise use an Instagram account holder's content without obtaining that user's permission or having other rights to do so.

l. Data collected by Instagram when a user's photo or video is embedded using the API technology, tool or code.

m. What Facebook is planning or intending to do to help users gain more control over their data and/or ability to track and/or discover Instagram embeds using the Instagram API (if Instagram is using or intends to use different terminology or different means than any available in 2016).

n. Facebook and/or Instagram's representation by the law firm of Davis Wright Tremaine, LLP and cases this law firm has provided legal representation for Facebook and/or Instagram.

2. <u>Production</u>. Any non-privileged, relevant documents or information that might substantiate or support deponent's testimony in any way.

3

Attorneys:
Phillip J. Duncan*
James H. Bartolomei III***
Richard L. Quintus**
Wm. Rob Pointer*
Timothy P. Reed*
J. Reid Byrd*

*Licensed in AR
**Licensed in AR & FL
***Licensed in AR, CA, NY, FL, CT, & DC

Case Manager:
Wayne Duncan



809 West Third Street
Little Rock, AR 72201

Phone: 501-228-7600
Toll Free: 877-6-DUNCAN
Fax: 501-228-0415

www.DuncanFirm.com

September 8, 2020

***Via Janney & Janney Process Service***

Mark Zuckerberg
Chairman and Chief Executive Officer
Facebook, Inc.
1601 Willow Park Road
Menlo Park, CA 94025

Adam Mosseri
Chief Executive Officer
Instagram, Inc.
181 South Park Street, Ste. 2
San Francisco, CA 94107

Re: *Sinclair v. Ziff Davis, LLC and Mashable, Inc.* (Civ. Action No. 1:18-cv-00790)

Dear Mr. Zuckerberg and Mr. Mosseri:

Please find enclosed a ***Subpoena to Testify at a Deposition in a Civil Action***, and a ***Notice of Deposition*** for Facebook Inc.'s testimony in the above-referenced federal case, which is filed in the Southern District of New York. With the subpoena, I have also enclosed an attendance fee check of **$40.00** for your appearance at your deposition. Your deposition will take place via Zoom (or other equivalent online meeting software) on **October 15, 2020, beginning at 9:30 a.m. PST.**

Please have your legal counsel coordinate with me to provide you a link to attend this deposition.

Respectfully,

JB

James H. Bartolomei
For Duncan Firm, P.A.

Enclosures

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:18-CV-00790 (KMW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: