```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE SINCLAIR,

      Plaintiff,

  -against-

MASHABLE INC., et al.,

      Defendants.

18-CV-790 (KMW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the letter-motion filed by non-party Facebook, Inc. (Facebook) dated October 30, 2020 (Dkt. No. 62), seeking a discovery conference regarding plaintiff's subpoena served on Facebook for deposition testimony and documents. Plaintiff shall file her response no later than **November 5, 2020**, pursuant to Moses Ind. Prac. § 2(e). Facebook may file a reply no later than **November 9, 2020**.

    It is hereby ORDERED that the telephonic discovery conference currently scheduled for November 12, 2020, at 11:00 a.m. is hereby ADJOURNED to **November 18, 2020, at 11:00 a.m.** The Court intends to address both plaintiff's October 27, 2020 letter-motion (Dkt. No. 59) and Facebook's October 30, 2020 letter-motion during the November 18 conference. At that time, the parties shall call (888) 557-8511 and enter the access code 7746387.

Dated: New York, New York
       November 2, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**