USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/9/21_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

STEPHANIE SINCLAIR,

                       Plaintiff,

  -against-

MASHABLE, INC.,

                       Defendant.
----------------------------------------------------------X

18-CV-790 (KMW)

**ORDER OF DISMISSAL**

KIMBA M. WOOD, United States District Judge:

    The Court has been advised that the parties have reached a settlement in principle. The above-captioned action is hereby dismissed and discontinued without costs. The dismissal is without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot.

    SO ORDERED.

Dated: New York, New York
        February 9, 2021

                                                      */s/ Kimba M. Wood*
                                                       KIMBA M. WOOD
                                          United States District Judge