We're using cookies to improve your experience. Click Here to find out more.

- Hidden main menu item

- Mashable
- Video
- Entertainment
  - Movies
  - Gaming
  - Television
- Culture
  - Web Culture
  - Sex & Relationships
  - Celebrities
  - Memes
  - Parenting
  - Social Media
- Tech
  - Business
  - Apps
  - Gadgets
  - Reviews
  - Mobile
  - Smart Home
  - How To
  - Mashable Choice
- Science
  - Climate
  - Space
- Social Good
  - LGBTQ
  - Feminism
  - Gender Equality
  - Activism
  - Non-profits
- Shop
  - Tech
    - VPN
    - Headphones
    - Speakers
    - Laptops
    - Web Hosting
    - Antivirus
  - Lifestyle
    - Home
    - Kitchen
    - Gift Guides
    - Gaming
  - Culture
    - Dating
    - Pets
    - Subscription Boxes
    - Carry On
  - Best of Tech
    - Best VPN
    - Best Cheap VPN
    - Best Streaming Services
    - Best Cheap Laptops
    - Best Running Headphones
    - Best Bluetooth Speakers
  - Best of Culture
    - Best Dating Sites
    - Best Free Dating Sites
    - Best Dating Sites for Introverts
    - Best DNA Tests
    - Best Dog DNA Tests
    - Best Subscription Boxes
  - Best of Lifestyle
    - Best Airfryer
    - Best Cordless Vacuum
    - Best Instant Pot
    - Best Gifts Under $50
    - Best Robot Vacuums
    - Best Vacuum for Pet Hair
- Sign in
- Follow mashable
  - Like
  - Follow

Cited in Sinclair v Ziff Davis 18CV790 Decided 4/13/20
Archived on 4/21/20
This document is protected by copyright. Further reproduction is prohibited without permission.

- Mashable
  - RSS Feed Email Subscriptions
  - see more >
- Search
  <Search>
- More
  - Channels
    - Video
    - Entertainment
    - Culture
    - Tech
    - Science
    - Social Good
  - Company
    - Masthead
    - Licensing & Reprints
    - Archive
    - Mashable Careers
  - Contact
    - Contact Us
    - Submit News
    - Mashable Shop
  - Advertise
    - Advertise
    - AdChoices
  - Legal
    - Privacy Policy
    - Terms of Use
    - Cookie Policy
    - Accessibility Statement
    - Do Not Sell My Personal Info
  - Resources
    - Travel
    - Security
    - How To
    - Mashable Deals
    - Gift Guides
  - Sites
    - Job Board
    - Social Good Summit
  - International
    - Mashable Australia
    - Mashable India
    - Mashable ME
    - Mashable SE Asia
    - Mashable UK

Cited in Sinclair v Ziff Davis
18CV790 Decided 4/13/20
Archived on 4/21/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

STEPPING UP

# Facebook launches map of coronavirus hot spots

NO SKIPS!
Netflix's new 'screen lock' stops you accidentally pausing your TV show

WATCH THIS
'Middleditch & Schwartz' is improv comedy at its peak form

CHEERS! 🏆
Stanley Tucci teaching you to make a Negroni is a truly soothing video

**SHOP**





Stay at home and take Gordon Ramsay's cooking course

Here's a handy place to buy reusable face masks

## WATCH



A bored photographer recreated wedding photos with LEGOs

'Tiger King' has us all asking: why is it so easy to own exotic animals?

8 tips for throwing a virtual cocktail party

NEW



**'Animal Crossing' updates bring new visitors and a museum art wing**



**YouTuber breaks down why you can't name a file CON on Windows**

Cite as in Sinclair v. Ziff Davis 18CV790 Decided 4/13/20
Archived on 4/21/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



[6 ways to reduce food waste, even during a pandemic](#)



['Schitt's Creek' inspired game makes you take care of David's 6 Tamagotchis](#)



[Apple launches Apple Music in 52 more countries](#)

[Samsung is aiming for a 600-megapixel image sensor](#)



Cited in Sinclair v Ziff Davis
18CV790 Decided 4/13/20
Archived on 4/21/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



**Megan Thee Stallion is all about the viral challenges while staying at home**



**Gamers report unauthorized access to their Nintendo accounts**



Entertainment

# Netflix's 'Hollywood' rewrites the tale of Tinseltown in an explosive first trailer



Tech

# New Apple video shows what an iPad with a trackpad can do

Cited in Sinclair v Ziff Davis
18CV790 Decided 4/13/20
Archived on 4/21/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



Culture

# Save up to 75% on Le Creuset, Staub, and Calphalon at Williams Sonoma



Tech

# LG's fancy Velvet phone fully revealed in new video



Tech

# Big iPad Pro with Magic Keyboard is way heavier than you'd want



Culture

# [Can you break YouTube with glitter? Yes, but it'll hurt your eyes.](#)



[Tech](#)

# [Amazon scans warehouse workers for fevers using thermal cameras](#)



Tech

# Teracube review: A sustainable phone you're not supposed to replace in 2 years

Cited in Sinclair v Ziff Davis
18CV790 Decided 4/13/20
Archived on 4/21/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



Tech

# Scammers, shady marketers are coming for your coronavirus stimulus check

Cited in Sinclair v Ziff Davis
18CV790 Decided 4/13/20
Archived on 4/21/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



**Science**

# Glorifying our obsession with hygiene, this artist fills rainbow-like sculptures with cleaning fluids



Culture

# 'He's like Angry Tinkerbell:' Stephen Colbert explains Trump's backing of social distancing protests

Cited: Sinclair v Ziff Davis 18CV790 Decided 4/13/20
Archived as of 4/21/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



Culture

# How it feels to be ghosted during the coronavirus pandemic



Entertainment

# Trevor Noah's honest reaction to being stuck indoors will be felt by introverts everywhere



Tech

# The right-wing family pushing anti-quarantine events on Facebook



[Culture](#)

# What you need to know to have a great edible experience on 420



[Culture](#)

# How to have a socially distanced 420



Culture

# Watch the 'Schitt's Creek' intro in the style of 'The Office,' 'Friends,' and more

Cited in Sinclair v Ziff Davis
18CV790 Decided 4/13/20
Archived on 4/21/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



Culture

# Puff, don't pass: The future of weed after coronavirus

Cited in Sinclair v Ziff Davis
18CV790 Decided 4/13/20
Archived on 4/21/20
This document is protected by copyright.
Further reproduction is prohibited without permission.